IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:98-CV-934-BO(3)

FILED

SEP 11 2000

DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY ______ DEP. CLERK

| | | |
|---|---|---|
| CAROUSEL CAPITAL PARTNERS, L.P., Plaintiff, v. R. HAROLD CHAPPELL, LOYALHANNA VENTURE FUND, L.P., LOYALHANNA COMMONWEALTH FUND, L.P., INTERSOUTH PARTNERS, L.P., INTERSOUTH PARTNERS II, L.P., THE SOUTHERN VENTURE FUND LIMITED PARTNERSHIP, DENNIS J. DOUGHERTY, WILLIAM F. EARTHMAN III, JAMES H. KNOWLES, JR., and ERNST & YOUNG LLP, Defendants. | ) | **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective Parties that this matter shall be dismissed without prejudice, each party to bear its own costs.

1843416.01
LIB:



52

This 6th day of September, 2000.

Kiran H. Mehta
N.C. State Bar No. 11011
Cory Hohnbaum
N.C. State Bar No. 17453
Bank of America Corporate Center, Suite 4200
100 North Tryon Street
Charlotte, NC 28202-4006
Telephone: 704-331-7437
ATTORNEYS FOR PLAINTIFF

Of Counsel:

Kennedy Covington Lobdell & Hickman, L.L.P.
Bank of America Corporate Center
Suite 4200
100 North Tryon Street
Charlotte, NC 28202-4006

Robert W. Spearman
N.C. State Bar No. 4108
Robert H. Tiller
N.C. State Bar No. 17219
Russell B. Killen
N.C. State Bar No. 21159
Parker, Poe, Adams & Bernstein L.L.P.
Post Office Box 389
Raleigh, NC 27609-0389
Telephone: (919) 828-0564
ATTORNEYS FOR DEFENDANT
ERNST & YOUNG LLP